IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAMIEN DeWAYNE POOLE, )
)
    Plaintiff, )
)
vs ) CIVIL ACTION NO. 99-RRA-1711-S
)
)
JUDGE MIKE McCORMICK, )
)
    Defendant. )

## MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). An appropriate order will be entered.

    DONE, this 28th day of March, 2001.

SHARON LOVELACE BLACKBURN,<br>
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation entered in this case mailed to the plaintiff at the last address given to the court was returned marked "Return to Send, No Longer at this Adress."

